## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPHINE F. TAILOR and ANDREW ABELLA, *on behalf of themselves and those similarly situated*,<br><br>      Plaintiffs,<br><br>   vs.<br><br>ARSTRAT, LLC;<br>CHASWARE GROUP HOLDINGS, LLC; and JOHN DOES 1 to 10,<br><br>      Defendants. | Civil Action No. 2:18-cv-14211-KM-JBC<br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE ONLY AS TO ANDREW ABELLA** |

     The undersigned, being counsel for Andrew Abella; Arstrat, LLC; and Chasware Group Holdings, LLC, represent the aforementioned parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

     Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Andrew Abella voluntarily dismisses this action with prejudice only as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

                                    KIM LAW FIRM LLC<br>
                                    Attorneys for Plaintiff Andrew Abella

                                    *s/Yongmoon Kim*

DATED: June 3, 2019           Yongmoon Kim

                                    HINSHAW & CULBERTSON LLP<br>
                                    Attorneys for Defendants Arstrat, LLC and<br>
                                    Chasware Group Holdings, LLC

                                    *s/Matthew B. Corwin*

DATED: June 3, 2019           Matthew B. Corwin

DATED:                                SO ORDERED:

                                    _____<br>
                                    Kevin McNulty, U.S.D.J.